Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Virgie Jones

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIE JONES, | ) |
|     Plaintiff, | ) Case No.: 2:16-cv-09098-AGR |
| | ) |
|   vs. | ) ORDER RE STIPULATION FOR |
| | ) AWARD OF EAJA FEES |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner Of Social Security, | ) ) |
|     Defendant. | ) |

1 | Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
2 |     **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of **THREE THOUSAND DOLLARS** ($3,000.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: August 25, 2017

*/s/ Alicia G. Rosenberg*
_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE